UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
RICARDO WHITE,

Plaintiff,

**Civil Action No. 26-cv-05799**

- against -

**NOTICE OF REMOVAL**

AFC-BPI, INC.; BONNIE PLANTS, INC.; ALABAMA FARMERS COOPERATIVE, INC.; PREMIER TRAILER LEASING, INC.; EVE INTERNATIONAL LOGISTICS, INC.; AMERICAN MOTOR TRANSPORTATION INC.; and "JOHN OR JANE DOE#1," operator of Defendants' Vehicle,

Defendants.
-----------------------------------------------------------------x
TO: SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

**PLEASE TAKE NOTICE** that Defendant, AMERICAN MOTOR TRANSPORTATION INC., removes this action entitled, *Ricardo White v. AFC-BPI, INC., Bonnie Plants, Inc., Alabama Farmers Cooperative, Inc., Premier Trailer Leasing, Inc., Eve International Logistics, Inc., American Motor Transportation Inc. and "John or Jane Doe #1, operator of Defendants' Vehicle,* Index Number 53570/2025, from the Supreme Court of the State of New York, County of Kings, where it is now pending to the United States District Court of the Eastern District of New York pursuant to 28 U.S.C. §§ 1332 and 1441.

Dated: New York, New York
September 18, 2026

GALLO VITUCCI KLAR LLP

By: Sherri A. Jayson
*Attorneys for Defendant*
*AMERICAN MOTOR TRANSPORTATION INC.*
711 Third Avenue, Suite 500
New York, New York 10017
(212) 683-7100

TO: HELD & HINES, LLP
*Attorneys for Plaintiff*
RICARDO WHITE
622 Third Avenue, Suite 600
New York, New York, 10017
(212) 696-4529

Daniel Murphy, Esq.
LAW OFFICES OF SHAHAB KATIRACHI
Attorneys for Defendants
AFI-BPI, INC., BONNIE PLANTS, INC.,
ALABAMA FARMERS COOPERATIVE, INC. and
PREMIER TRAILER LEASING, INC.
One Pennsylvania Plaza, 50th Floor/Suite 5003
New York, New York 10119
(212) 553-8790
daniel.murphy2@thehartford.com
File No. Y4NAL04227-001/DM/fv

Max A. Fromento, Esq.
SMITH MAZURE, P.C.
Attorneys for Defendant
EVE INTERNATIONAL LOGISTICS, INC.
39 Broadway, 29th Floor
New York, New York 10006-3053
(212) 964-7400
mfromento@smithmazure.com
HUD-01270

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
RICARDO WHITE,

Plaintiff,

**Civil Action No. 26-cv-05799**

- against -

**PETITION FOR REMOVAL**

AFC-BPI, INC.; BONNIE PLANTS, INC.; ALABAMA FARMERS COOPERATIVE, INC.; PREMIER TRAILER LEASING, INC.; EVE INTERNATIONAL LOGISTICS, INC.; AMERICAN MOTOR TRANSPORTATION INC.; and "JOHN OR JANE DOE#1," operator of Defendants' Vehicle,

Defendants.
-------------------------------------------------------------------x

TO: JUDGES OF THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

The Petition of Sherri A. Jayson respectfully shows as follows:

1. That the undersigned, counsel for the defendant, AMERICAN MOTOR TRANSPORTATION INC., hereby removes this action entitled, *Ricardo White v. AFC-BPI, INC., Bonnie Plants, Inc., Alabama Farmers Cooperative, Inc., Premier Trailer Leasing, Inc., Eve International Logistics, Inc., American Motor Transportation Inc. and "John or Jane Doe #1, operator of Defendants' Vehicle,* Index Number 53570/2025, from the Supreme Court of the State of New York, County of Kings to the United States District Court of the Eastern District of New York pursuant to 28 U.S.C. §§ 1332 and 1441.

2. This action was commenced by the filing of a Summons and Complaint on October 13, 2025 and an Amended Summons and Complaint on February 17, 2026. Issue was joined by the service of a Verified Answers to the Amended Complaint on behalf of all defendants. Copies of the Summonses and Complaints and Answers are annexed hereto as Exhibits "A", "B", "C" and "D".

3. That the cause of action as set forth in the Complaint seeks money damages for personal injuries.

4. In the Complaint, Plaintiff seeks to recover damages for personal injury resulting from an accident that allegedly occurred on May 11, 2024 on Broadway at or near its intersection with Louden Avenue in Amityville, New York, State New York. See Exhibit A, ¶ 96.

5. Plaintiff Ricardo White is a natural person, who is a citizen and domiciliary of Brooklyn, Kings County, State of New York. See Exhibit A, ¶ 1.

6. Defendant AFC-BPI, Inc. was and is an Alabama corporation with its principal place of business and nerve center located in Alabama. Compare Exhibit A, ¶ 2 with Exhibit B, ¶ "SECOND".

7. Defendant Bonnie Plants, Inc. was and is an Alabama corporation with its principal place of business and nerve center located in Alabama. Compare Exhibit A, ¶ 3 with Exhibit B, ¶ "SECOND".

8. Defendant Alabama Farmers Cooperative, Inc. was and is an Alabama corporation with its principal place of business and nerve center located in Alabama. Compare Exhibit A, ¶ 4 with Exhibit B, ¶ "SECOND".

9. Defendant Premier Trailer Leasing, Inc. was and is a Delaware corporation with its principal place of business and nerve center located in Texas. Compare Exhibit A, ¶5 with Exhibit B, ¶ "SECOND".

10. Defendant Eve International Logistics, Inc. was and is an Illinois corporation with its principal place of business and nerve center located in Illinois. Compare Exhibit A, ¶ 6 with Exhibit D.

11. Defendant American Motor Transportation Inc. was and is an Illinois corporation with its principal place of business and nerve center located in Illinois. Compare Exhibit A, ¶ 7 with Exhibit C, ¶ 2.

12. Plaintiff's Amended Summons and Amended Complaint do not contain a statement of damages, pursuant to N.Y. C.P.L.R. § 3017. Accordingly, the thirty day deadline did not begin upon the filing of the Complaint. See 28 U.S.C. §1446(b)(3).

13. Along with its answer, Defendant American Motor Transportation Inc. served Plaintiff with multiple discovery demands including a demand for Bill of Particulars, which demands among other things, her past and future economic and non-economic damages, as well as a demand for a statement of damages pursuant to N.Y. C.P.L.R. § 3017. See Exhibit "E".

14. In his Statement of Damages, Plaintiff claims damages in excess of $75,000. See Plaintiff's Response to Defendant's Combined Demands annexed hereto as Exhibit "F".

15. As the citizenship and domicile among Plaintiff and Defendants establish complete diversity of citizenship and that the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, Defendant AMERICAN MOTOR TRANSPORTATION INC., respectfully removes this action from the Supreme Court of the State of New York, County of Kings, to the United States District Court for the Eastern District of New York.

16. Defendants AFC-BPI, INC., Bonnie Plants, Inc., Alabama Farmers Cooperative, Inc., Premier Trailer Leasing, Inc. and Eve International Logistics, Inc. consent to this Petition.

17. That this action may be removed to this Court by the petitioner pursuant to 28 U.S.C. § 1441(c) since Plaintiff's action is a civil action where the amount in controversy exceeds the sum of $75,000 exclusive of interest and costs and is between citizens of different states.

WHEREFORE, Defendant, AMERICAN MOTOR TRANSPORTATION INC., respectfully requests that the action now pending against them in the Supreme Court of the State of New York, County of Kings be removed therefrom to this Court.

Dated: New York, New York
September 18, 2026

GALLO VITUCCI KLAR LLP

By: Sherri A. Jayson
*Attorneys for Defendant*
AMERICAN MOTOR TRANSPORTATION INC.
711 Third Avenue, Suite 500
New York, New York 10017
(212) 683-7100
sjayson@gvlaw.com

TO: HELD & HINES, LLP
*Attorneys for Plaintiff*
RICARDO WHITE
622 Third Avenue, Suite 600
New York, New York, 10017
(212) 696-4529

LAW OFFICES OF SHAHAB KATIRACHI
Attorneys for Defendants
AFI-BPI, INC., BONNIE PLANTS, INC.,
ALABAMA FARMERS COOPERATIVE, INC. and
PREMIER TRAILER LEASING, INC.
One Pennsylvania Plaza, 50th Floor/Suite 5003
New York, New York 10119
(212) 553-8790
File No. Y4NAL04227-001/DM/fv

SMITH MAZURE, P.C.
Attorneys for Defendant
EVE INTERNATIONAL LOGISTICS, INC.
39 Broadway, 29th Floor
New York, New York 10006-3053
(212) 964-7400
HUD-01270

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------x
RICARDO WHITE,

Plaintiff, **Civil Action No. 26-cv-05799**

- against - **VERIFICATION**

AFC-BPI, INC.; BONNIE PLANTS, INC.; ALABAMA FARMERS COOPERATIVE, INC.; PREMIER TRAILER LEASING, INC.; EVE INTERNATIONAL LOGISTICS, INC.; AMERICAN MOTOR TRANSPORTATION INC.; and "JOHN OR JANE DOE#1," operator of Defendants' Vehicle,

Defendants.
--------------------------------------------------------------------x

Sherri A. Jayson, being duly sworn according to law, deposes and says:

That I am counsel for Defendant, AMERICAN MOTOR TRANSPORTATION INC., the within named Defendant/Petitioners I have read the foregoing Petition for Removal; and that the statements contained therein are true in substance and to my knowledge.

_______________________
SHERRI A. JAYSON, ESQ. (0443)

Sworn to before me this
18th day of September, 2026

_______________________
Notary Public

ANTONIO O. SERRA
Notary Public, State of New York
Registration No. 01SE0005220
Qualified in Bronx County
Commission Expires April 6, 2027
☆

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

RICARDO WHITE,

Plaintiff,

- against –

AFC-BPI, INC.; BONNIE PLANTS, INC.;
ALABAMA FARMERS COOPERATIVE, INC.;
PREMIER TRAILER LEASING, INC.;
EVE INTERNATIONAL LOGISTICS, INC.;
AMERICAN MOTOR TRANSPORTATION INC.; and
"JOHN OR JANE DOE#1," operator of Defendants' Vehicle,

Defendants.

---

**NOTICE OF REMOVAL, CIVIL COVER SHEET, RULE 7.1 CORPORATE DISCLOSURE, JURY DEMAND WITH SUPPORTING EXHIBITS**

---

**GALLO VITUCCI KLAR LLP**
*Attorneys for Defendant*
AMERICAN MOTOR TRANSPORTATION INC.
711 Third Avenue, Suite 500
New York, New York 10017
(212) 683-7100